[Dntcdfnc] [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No. 6:18–bk–00353–CCJ
                                                                                        Chapter 13
Clement Ivelaw Scantlebury Jr

Aisha Ain Scantlebury
aka Aisha Ain Murphy

_____Debtor*_____/

NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On January 23, 2018 the above named Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

   A fully completed Summary of Your Assets and Liabilities and Schedules A through J were not filed. Pursuant to Fed. R. Bankr. P. 1007(b) and (c), the Debtor is directed to file the missing items with proper declaration of the Debtor no later than 14 days from the date the petition was filed.

   A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

   If additional creditors not initially provided with the Petition are added on the Schedules, the Debtor is directed to include $31.00 amendment fee and provide proof of service of the Notice of Chapter 13 Bankruptcy Case to each additional creditor. For Chapter 13 cases, a copy of the filed Chapter 13 plan must also be served on the additional creditors.

   The Statement of Financial Affairs was not filed. The Debtor is directed to file a signed Statement of Financial Affairs using the form B107 for an individual or B207 for non–individuals within 14 days from the date the case was filed.

   The verified Statement About Your Social Security Number(s) (Official Form B121) was filed on an outdated form or filed without an original signature or proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and/or Local Rule 9011–4. The Debtor is directed to file a verified Statement About Your Social Security Numbers (Official Form B121) of the Debtor containing proper signatures of all parties no later than 14 days from the date the petition was filed.

   Pursuant to Fed. R. Bankr. P. 1007(a), the Voluntary Petition was not accompanied by a list containing the names and addresses of the Debtor's creditors nor were the schedules of liabilities (Schedules D through F) filed. The Debtor is directed to file a list containing the names and addresses of the Debtor's creditors in compliance with Local Rule 1007–2 within seven days from the date the petition was filed.

   The Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period pursuant to Fed. R. Bankr. P. 1007 (b)(4)(5)(6) and 11 U.S.C. § 521(a)(1)(B)(v) was not filed. The Debtor is directed to file a signed Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form B122C) within 14 days from the date the petition was filed. A link to updated forms is available on the Court's website at

http://www.flmb.uscourts.gov/forms/.

The Debtor failed to file a Chapter 13 Plan pursuant to Fed. R. Bankr. P. 3015(b), or filed an unsigned Chapter 13 Plan. The Debtor is directed to file a Debtor–signed Chapter 13 Plan, using the Court's Model Chapter 13 Plan, within 14 days from the date the petition was filed. A link to the Court's Model Plan is available on the Court's website at
http://www.flmb.uscourts.gov/procedures/documents/Chapter13Plan.pdf

The Debtor shall pay unpaid filing fees in the amount of N/A within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.

|  |  |
|---|---|
|  | FOR THE COURT |
| Dated: January 24, 2018 | Sheryl L. Loesch , Clerk of Court |
|  | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 |

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.