UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:18-bk-00353-CCJ

In Re:

CLEMENT IVELAW SCANTLEBURY, JR.
AISHA AIN SCANTLEBURY,

    Debtor(s).
_____/

### TRUSTEE'S MOTION TO DISMISS FOR DEBTORS' FAILURE TO ATTEND THE 341 MEETING OF CREDITORS

Notice of Opportunity to Object and for Hearing

> Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty – one (21) days from the date set forth on the attached proof of service, plus an additional three (3) days for service if any party was served by U.S. Mail.
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Bankruptcy Court, George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on Laurie K. Weatherford, Trustee, P.O. Box 3450, Winter Park, FL 32790 and any other appropriate persons within the time allowed.
>
> If you file a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing and may grant the relief requested.

    COMES NOW, the Trustee, Laurie K. Weatherford, and files this Motion to Dismiss for Debtors' failure to attend the 341 meeting of creditors, and states the following.

1. This case was filed on January 23, 2018.
2. The 341 meeting of creditors was scheduled to be held on February 22, 2018.
3. They debtors failed to appear at the scheduled meeting.
4. The debtors have failed to provide income tax returns to the Trustee and no plan payments have been received.

WHEREFORE, the Trustee, Laurie K. Weatherford, requests that the Court dismiss this case for Debtors' failure to attend a 341 Meeting of Creditors and for such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have forwarded a true and correct copy of the foregoing via United States Regular Mail or by electronic transfer on February 27, 2018 to:

Clement Ivelaw Scantlebury, Jr.
Aisha Ain Scantlebury
PO Box 2887
Orlando, FL 32802

           LAURIE K. WEATHERFORD
           Chapter 13 Standing Trustee

      BY: /s/ Laurie K. Weatherford
           Laurie K. Weatherford, Trustee
           Stuart Ferderer, Esq.
           Fla. Bar No. 0746967
           Ana V. De Villiers, Esquire
           Fla Bar No. 0123201
           Post Office Box 3450
           Winter Park, Florida 32790-3450
           Telephone: (407) 648-8841
           Facsimile: (407) 648-2665