IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                  Case No.  6:18-bk-353-CCJ

CLEMENT IVELAW SCANTLEBURY, JR.
AISHA AIN SCANTLEBURY

     Debtor.
_____/

NOTICE BY TRUSTEE OF
RESCHEDULED MEETING OF CREDITORS

The Section 341 meeting of creditors in the above-captioned case, originally set for February 22, 2018 at 9:30 a.m. has been rescheduled and will be held at the United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington Street, Suite 1202A, Orlando, Florida 32801, on **Thursday, April 19, 2018 at 8:30 a.m.**

Dated this 14TH day of March, 2018.

                                                  **/s/ Laurie K. Weatherford**
                                                Laurie K. Weatherford
                                                Chapter 13 Standing Trustee
                                                Stuart Ferderer, Esq.
                                                Florida Bar No. 0746967
                                                Ana De Villiers, Esq.
                                                Florida Bar No. 0123201
                                                Post Office Box 3450
                                                Winter Park, Florida 32790-3450

cc:     Debtor
        All creditors and parties in interest on attached matrix of (by Laurie K. Weatherford, Chapter 13 Trustee)
        United States Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:18-bk-00353-CCJ<br>Middle District of Florida<br>Orlando<br>Wed Mar 14 09:30:37 EDT 2018 | Loandepot.Com, LLC<br>c/o Stefan Beuge<br>2001 NW 64th Street Ste 100<br>Ft Lauderdale, FL 33309-1844 | Magnolia Club Homeowners Association, Inc.<br>300 North Maitland Avenue<br>Maitland, FL 32751-4724 |
| NBKC Bank<br>Phelan Hallinan Diamond & Jones, PLLC<br>2001 NW 64th Street<br>Suite 100<br>Ft. Lauderdale, FL 33309-1844 | Aisha Ain Scantlebury<br>PO Box 2887<br>Orlando, FL 32802-2887 | Clement Ivelaw Scantlebury Jr<br>PO Box 2887<br>Orlando, FL 32802-2887 |
| Specialized Loan Servicing LLC<br>Stewart Legal Group, P.L.<br>c/o Gavin N. Stewart<br>P.O. Box 5703<br>Clearwater, FL 33758-5703 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | Andrew R. Perrong<br>1657 The Fairway #131<br>Jenkintown, PA 19046-1423 |
| Credit One Bank<br>PO Box 60500<br>City of Industry, CA 91716-0500 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| HSBC Bank USA, N.A. Trustee (See 410)<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Loan Depot.com,LLC<br>26642 Towne Centre Drive<br>Foothill, Ranch, CA 92610-2808 |
| NBKC Bank<br>10700 Nail Ave<br>Overland Park, KS 66211-1206 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Specialized Loan Servicing<br>8742 Lucent Boulevard<br>Suite 300<br>Highlands Ranch, CO 80129-2386 |
| US Department of Education<br>PO Box 7860<br>Madison, WI 53707-7860 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Stefan Noah Beuge +<br>Phelan Hallinan Diamond & Jones, PLLC<br>2001 NW 64th Street, Suite 100<br>Fort Lauderdale, FL 33309-1844 | Tennille M Shipwash +<br>Garfinkel Whynot<br>300 North Maitland Avenue<br>Maitland, FL 32751-4724 | Gavin Stewart +<br>The Law Offices of Gavin Stewart, P.L.<br>P.O. Box 5703<br>Clearwater, FL 33758-5703 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Elan Financial Services
PO Box 790408
St. Louis, MO 63179

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cynthia C. Jackson +
Orlando

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25