# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:

AISHA AIN SCANTLEBURY                           CASE NO. 18-bk-00353-CCJ
CLEMENET IVELAW SCANTLEBURY, JR.     CHAPTER 13

                       Debtors.
_____/

## NOTICE OF JOINDER IN MOTION TO DISMISS AND
## FOR PROSPECTIVE RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that Creditor, Specialized Loan Servicing LLC, as servicing agent for HSBC Bank USA, National Association as Trustee for Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2006-AB4, joins in Creditor, Magnolia Club Homeowners Association, Inc.'s, Motion to Dismiss and for Prospective Relief from the Automatic Stay (Doc. No. 15) ("Motion").

For all the reasons stated therein, Creditor also respectfully moves this court to enter an Order Dismissing the Case or, in the alternative, an Order Granting Prospective Relief from the Automatic Stay.

                                                                    */s/ Gavin N. Stewart*
                                                                    Gavin N. Stewart, Esquire
                                                                    Florida Bar Number 52899
                                                                    P.O. Box 5703
                                                                    Clearwater, FL 33765
                                                                    P: (727) 565-2653
                                                                    F: (727) 213-9022
                                                                    E: bk@stewartlegalgroup.com
                                                                    Counsel for Creditor

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by first class mail and CM/ECF notice this 19th day of March, 2018.

                                                */s/ Gavin N. Stewart*
                                                Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Aisha Ain Scantlebury
Clement Ivelaw Scantlebury, Jr
PO Box 2887
Orlando FL 32802

**VIA CM/ECF NOTICE**
Laurie K Weatherford
Post Office Box 3450
Winter Park FL 32790