UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: Clement Scantlebury Jr
Aisha Ain Scantlebury
aka Aisha Ain Murphy
PO Box 2887
Orlando, FL 32802

Debtor.

Case No: 6:18-bk-00353-CCJ
Chapter 13

**FILED**
APR 25 2018
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

/

## DEBTOR'S NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

COMES NOW the Debtor, by and through the Counsel undersigned and files this their Notice of Conversion and would state as follows:

1. Debtor Aisha Ain Scantlebury gives notice of the conversion of the above entitled case from a case under Chapter 13 to a case under Chapter 7.

WHEREFORE, Debtor requests this Court for its Order converting this case to one under Chapter 7 and such other relief that may be deemed just and proper in the circumstances.

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail this 25th day of April, 2018 to: Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790; Debtors and to All Creditors and Interested Parties.

/ProSe Clement Ivelaw Scantlebury Jr
& Aisha Ain Scantlenury
Telephone: (407) 730-0676
Facsimile: (800) 869-5173
Debtors are self represented