FILED
APR 25 2018
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

UNITED STATES BANKRUPTY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Clement Ivelaw Scantlebury Jr
PO Box 2887
Orlando, FL 32802

Aisha Ain Scantlebury
aka Aisha Ain Murphy
PO Box 2887
Orlando, FL 32802

Debtors.
_____/

Case No: 6:18-bk-00353-CCJ
Chapter 13

## MOTION TO SEVER

Come now the Debtors, by and through counsel undersigned, and respectfully pray this Court enter its order to sever this joint case, and in support thereof would show as follows:

1. Debtors filed a joint petition under Chapter 13 on January 23, 2018.
2. Debtors Aisha Ain Scantlebury will sever from this joint chapter 13 case and convert to a single filer chapter 7 case.
3. Debtors Clement Ivelaw Scantlebury Jr will remian in this chapter 13 case as a single filer.
4. Debtor, requests this motion on the basis that Aisha Ain Scantlebury will liquidate her assets to satisfy her debts.

Wherefore, Debtors pray this Court sever this joint case, order the individual administration of each Debtor's case, and grant such other and further relief as is just in the circumstances.

/ProSe Clement Ivelaw Scantlebury
Jr & Aisha Ain Scantlenury
Telephone: (407) 730-0676
Facsimile: (800) 869-5173
Debtors are self represented

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on the 03rd day of November, 2016, to: Laurie K. Weatherford, Trustee, PO Box 2968, Winter Park, FL 32790; Debtors; and to All Creditors and Interested Parties.

/ProSe Clement Ivelaw
Scantlebury Jr & Aisha Ain
Scantlebury