ORDERED.

Dated: July 18, 2018

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          Case No.: 6:18-bk-00353-CCJ

CLEMENT IVELAW SCANTLEBURY, JR.
AISHA AIN SCANTLEBURY,

    Debtor(s).
_____/

**ORDER GRANTING MOTION TO SEVER AND CONVERT TO CHAPTER 7**

THIS CASE came before the Court on July 13, 2018 upon the Motion to Sever Case and Convert to Chapter 7 (Docket No. 37). The court after hearing from counsel and being otherwise fully advised in this case finds that the motion should be granted. Accordingly it is

ORDERED:

1. The Motion is granted and this case is severed.

2. Aisha Ain Scantlebury will be converted to a Chapter 7 proceeding and will be assigned a new case number.

3. This case shall remain open as to Clement Ivelaw Scantlebury, Jr.

Laurie K. Weatherford, Chapter 13 Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of the entry of the order.