

**FILED**

JUL 3 0 2018

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                             Case No: 6:18-bk-00353-CCJ

CLEMENT IVELAW SCANTLEBURY, JR.                    Chapter 13

Debtor.
_____/

## AMENDMENT TO SCHEDULE A/B: REAL AND PERSONAL PROPERTY

Comes now the Debtor by and through Counsel undersigned and hereby amends Schedule A/B, to CORRECT the value of the following assets described as:

| DESCRIPTION/LOCATION | DEBTOR'S INTEREST | VALUE DEBTOR'S INTEREST | SECURED CLAIM |
|---|---|---|---|
| 1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?<br><br>407 East Freesia Court, Deland, Florida 32724 | Fee Simple | $279,000.00 | $276,000.00 |
| 1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?<br><br>334 Lake Crescent Drive, Debary, Florida 32713 | Fee Simple | $211,992.00 | $204,000.00 |
| 3. Do you own, lease, or have legal or equitable interest in any vehicles:<br><br>Buick Enclave 2008 | Debtor 1 only | $1,107.00 | $0.00 |
| 6. Household goods and furniture:<br><br>Appliances, Furniture | At least one of the Debtors and another | $1,200.00 | $0.00 |
| 7. Electronics:<br><br>Electronics | At least one of the Debtors and another | $450.00 | $0.00 |
| 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, included an interest in an LLC, partnership, and joint venture:<br><br>The Peoples Income Tax Corp. | Debtor 1 only | $1.00 | $0.00 |

## VERIFICATION

I have read the foregoing and it is true and correct to the best of my information, knowledge and belief.

_____

/ProSe Clement Ivelaw Scantlebury Jr
Telephone: ( 407) 730-0676
Facsimile: (800) 869-5173
Debtors are self represented

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by U.S. Mail or electronic transmission this 30th, day of_____July, 2018, to: Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL  32790; and to All Creditors and Interested Parties.

/ProSe Clement Ivelaw Scantlebury JR