ORDERED.

Dated: August 09, 2018

_____
Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:	Chapter 13
	Case No.: 6:18-bk-00353-CCJ

**CLEMENT IVELAW SCANTLEBURY, JR** and
**AISHA AIN SCANTLEBURY,**

    Debtors.
_____/

## ORDER GRANTING *ORE TENUS* MOTION FOR RELIEF FROM STAY

**THIS MATTER** came before the Court for hearing on July 13, 2018 upon the *Ore Tenus* Motion for Relief From Stay [D.E. 62] from Secured Creditor, Franklin Credit Management, as Servicer for Bosco Credit II Trust Series 2010-1 (the "Motion"). The Court, having reviewed the matter and considered the Motion, and being otherwise duly advised in the premises, it is, hereby,

**ORDERED,** as follows:

1.	The Motion is **GRANTED**.

2. The Automatic Stay is lifted to allow Secured Creditor, Franklin Credit Management, as Servicer for Bosco Credit II Trust Series 2010-1 ("Secured Creditor"), to allow the state court to enter all necessary orders, judgments, and decrees associated therewith, on real property legally described as:

> **LOT 107, OF MAGNOLIA CLUB, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 67, AT PAGES 75 THROUGH 79, OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA.**
>
> **A/K/A: 3320 PINE OAK TRAIL, SANFORD, FL 32771**

3. This relief is *in rem* only in order to commence or complete state court foreclosure proceedings through certificate of title and possession of the Property; however Franklin Credit shall not seek any *in personam* relief against the debtor without further order of the Court.

4. The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:

**Chase A. Berger, Esq.**
Florida Bar No. 083794
cberger@ghidottiberger.com
**GHIDOTTI | BERGER, LLP**
3050 Biscayne Boulevard - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

**Copies furnished to:**
Chase A. Berger, Esq.
Mr. Berger is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a Certificate of Service within three days of entry of the order.