**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

                                            Chapter 13
                          Case No.: 6:18-bk-00353-CCJ

**CLEMENT IVELAW SCANTLEBURY, JR** and
**AISHA AIN SCANTLEBURY,**

    Debtors.
_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>August 10, 2018</u>, I served a conformed copy of *Order Granting Ore Tenus Motion for Relief from Stay* [D.E. 85] upon all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

**Dated this 10<u>th</u> day of August, 2018.**

                                      Respectfully submitted:

                                      **GHIDOTTI | BERGER, LLP**
                                      *Counsel for Secured Creditor*
                                      3050 Biscayne Blvd. - Suite 402
                                      Miami, Florida 33137
                                      Telephone: (305) 501.2808
                                      Facsimile: (954) 780.5578

                             By:    /s/ Chase A. Berger_____
                                      Chase A. Berger, Esq.
                                      Florida Bar No. 083794
                                      cberger@ghidottiberger.com

*Case No.: 6:18-bk-00353-CCJ*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Pro-Se Debtor*
**Clement Ivelaw Scantlebury, Jr**
P.O. Box 2887
Orlando, FL 32802

*Trustee*
**Laurie K Weatherford**
P.O. Box 3450
Winter Park, FL 32790

*U.S. Trustee*
**United States Trustee - ORL7/13, 7**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By: /s/ Chase A. Berger
Chase A. Berger, Esq.